# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM P. CASTILLO,

    Petitioner,                                      2:04-cv-0868-RCJ-GWF

vs.                                                             **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                     September 22, 2011

    Respondents.

_____/

PRESENT:
THE HONORABLE   **ROBERT C. JONES**  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   **DENNIS M. FARIAS**    REPORTER:   **NONE APPEARING**

COUNSEL FOR PETITIONER:   **NONE APPEARING**

COUNSEL FOR RESPONDENTS:   **NONE APPEARING**

MINUTE ORDER IN CHAMBERS:   **XXX**

    In this capital habeas corpus action, the respondents have filed a motion (docket #110) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated, and requesting that Renee Baker be substituted for her predecessor, E.K. McDaniel, as the respondent warden in this action. Pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker shall be substituted for E.K. McDaniel, as the respondent warden.

    Additionally, the court is informed that the Attorney General of the State of Nevada is Catherine Cortez Masto. *See* Motion for Substitution of Counsel (docket #110). Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Catherine Cortez Masto is substituted for Brian Sandoval as the respondent attorney general.

    **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Counsel (docket #110) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall substitute Catherine Cortez Masto for Brian Sandoval, on the docket, as the respondent attorney general; and shall update the caption of the action to reflect these changes.

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk