# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM P. CASTILLO, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> RENEE BAKER, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | 2:04-cv-0868-RCJ-GWF <br><br> **ORDER** |

This capital habeas corpus action was stayed in an order entered January 21, 2010 (ECF No. 106), pending the petitioner's exhaustion of claims in state court.

On December 16, 2013, the petitioner, William P. Castillo, filed a motion to lift the stay (ECF No. 118). In that motion, Castillo states that the state-court proceedings have concluded. Respondents filed a response to Castillo's motion on December 17, 2013 (ECF No. 119), indicating that they do not oppose the lifting of the stay. There was no reply. The court will grant Castillo's motion to lift the stay.

The court will also set a status conference to hear from counsel with respect to a schedule for anticipated further proceedings in this case.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Vacate Stay and Reopen Capital Habeas Corpus Proceeding (ECF No. 118) is **GRANTED**. The stay of this action is lifted.

1  **IT IS FURTHER ORDERED** that a telephonic status conference is set for
2  **February 3, 2014, at 11:00 a.m.**, to hear from counsel with respect to a schedule for further
3  proceedings in this action.  Approximately five minutes before the time set for the conference, to join
4  the conference, counsel shall call 702-868-4925, extension 123456.  If there is any question about
5  this procedure, counsel may call Lesa Ettinger, at 775-686-5833, in advance of the conference.
6  Dated this 10th  day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

2