**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM P. CASTILLO, | ) | |
| Petitioner, | ) | 2:04-cv-00868-RCJ-GWF |
| vs. | ) | |
| | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |
| | ) | |

In this capital habeas corpus action, the petitioner filed a second amended habeas petition (ECF No. 126) on May 19, 2014.

Respondents filed a motion to dismiss (ECF No. 140) on November 19, 2014. On May 29, 2015, petitioner filed a response to the motion to dismiss, along with a motion for an evidentiary hearing (ECF Nos. 154, 155). On June 23, 2015, petitioner filed a motion for leave to conduct discovery (ECF No. 161). Respondents filed a reply in support of their motion to dismiss (ECF No. 172), a response to the motion for evidentiary hearing (ECF No. 174) and a response to the motion for leave to conduct discovery (ECF No. 176), on October 6, 2015.

Petitioner was then due to file replies in support of his motion for evidentiary hearing and his motion for leave to conduct discovery on October 29, 2015. *See* Order entered February 3, 2014 (ECF No. 122).

1          On October 26, 2015, petitioner filed a motion for extension of time (ECF No. 177),
2   requesting an extension of time to December 10, 2015, for his replies in support of his motion for
3   evidentiary hearing and motion for leave to conduct discovery (a 42-day extension of time).
4   Petitioner's counsel states that the extension of time is necessary because of her responsibilities in
5   other cases.  Respondents' counsel does not oppose the motion for extension of time.  The court
6   finds that petitioner's request for an extension of time is made in good faith and not solely for the
7   purpose of delay, and that there is good cause for the extension of time.  The court will grant the
8   extension of time.  *However, the court will not look favorably on any motion to further extend these*
9   *deadlines.*

10         Respondents' reply regarding their motion to dismiss (ECF No. 172) is 77 pages long.  When
11  respondents filed that document, they also filed a motion for leave to file a reply of such length
12  (ECF No. 175).  The court has examined the reply in support of the motion to dismiss and
13  determines that there is good cause for respondents to file a document of such length.  The court
14  will grant the motion for leave to exceed the page limit.

15         **IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No.
16  177) is **GRANTED**.  Petitioner shall have until and including **December 4, 2015**, to file and serve a
17  reply in support of his motion for evidentiary hearing, and a reply in support of his motion for leave
18  to conduct discovery.

19         **IT IS FURTHER ORDERED** that respondents' Motion to File [Pleading] in Excess of
20  Twenty Pages (ECF No. 175) is **GRANTED**.  Respondents are granted leave of court to file their
21  77-page reply in support of their motion to dismiss.  That document has already been filed.  The
22  Clerk of the Court need take no further action in this regard.

23         Dated this 3rd day of November, 2015.

                                                        _____
26                                                      UNITED STATES DISTRICT JUDGE