**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM P. CASTILLO,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

                                  /

2:04-cv-00868-RCJ-GWF

**ORDER**

In this capital habeas corpus action, the respondents are due to file their answer by August 1, 2016. *See* Order entered June 7, 2016 (ECF No. 186).

On July 21, 2016, respondents filed a motion (ECF No. 187) requesting that the page limits set by this court's local rules be waived for purposes of all further proceedings in this action. Petitioner's counsel does not oppose respondents' motion.

In view of the complexity of this capital habeas corpus action -- as an example, the court notes that petitioner's second amended petition is 231 pages long -- the court will grant respondents' motion and will waive the page limits imposed by Local Rule 7-3 for all further proceedings in this action.

///

///

1   **IT IS THEREFORE ORDERED** that respondents' Unopposed Motion to File Pleading in
2   Excess of Thirty Pages (ECF No. 187) is **GRANTED**.  With respect to all further proceedings in this
3   action, the page limits imposed by Local Rule LR 7-3(b) are waived.

5   Dated this  22nd  day of July, 2016.

    _____
    UNITED STATES DISTRICT JUDGE