UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WILLIAM P. CASTILLO, | Case No. 2:04-cv-00868-RCJ-GWF |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, on January 14, 2019, the Court denied William P. Castillo's habeas petition, and judgment was entered accordingly (ECF Nos. 231, 232). On February 11, 2019, Castillo filed a motion to alter or amend the judgment (ECF No. 233).

On February 25, 2019, the day the response to Castillo's motion was due, the respondents filed a motion for extension of time (ECF No. 239), requesting a 45-day extension of time, to April 11, 2019. Castillo's counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 239) is **GRANTED**. Respondents will have until **April 11, 2019**, to respond to the motion to alter or amend judgment.

DATED THIS 26th day of February, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE

1