UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM P. CASTILLO,<br>Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br>Respondents. | Case No. 2:04-cv-00868-RCJ-GWF<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

In this capital habeas corpus action, on January 14, 2019, the Court denied William P. Castillo's habeas petition, and judgment was entered accordingly (ECF Nos. 231, 232). On February 11, 2019, Castillo filed a motion to alter or amend the judgment (ECF No. 233), and Respondents filed an opposition to that motion on April 11, 2019 (ECF No. 241). Castillo was then due to file a reply in support of the motion on April 18, 2019. *See* LR 7-2(b).

On April 17, 2019, Castillo filed a motion for extension of time (ECF No. 242), requesting a 21-day extension of time – to May 9, 2019 – for the reply in support of the motion to alter or amend the judgment. Castillo's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 242) is **GRANTED**. Petitioner will have until **May 9, 2019**, to file a reply in support of his motion to alter or amend judgment.

DATED THIS 17th day of April, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE