UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM P. CASTILLO,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:04-cv-00868-RCJ-EJY<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 253)** |

In this capital habeas corpus action, the petitioner, William P. Castillo, represented by appointed counsel, was due on March 26, 2021, to file an opening brief on remand. *See* Order entered January 25, 2021 (ECF No. 252).

On March 26, 2021, Petitioner filed a motion for extension of time (ECF No. 253), requesting a 60-day extension of time, to May 25, 2021, to file his opening brief on remand. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant this motion for extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 253) is **GRANTED**. Petitioner will have until and including May 25, 2021, to file his opening brief on remand.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings on remand set forth in the order entered January 25, 2021 (ECF No. 252) will remain in effect.

DATED THIS 30th day of March, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE