UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM P. CASTILLO,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:04-cv-00868-RCJ-EJY<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 256)** |

    In this capital habeas corpus action, on May 25, 2021, the petitioner, William P. Castillo, represented by appointed counsel, filed his opening brief on remand (ECF No. 255). Respondents were then due on July 26, 2021, to file their responding brief. *See* Order entered January 25, 2021 (ECF No. 252) (60 days for responding brief).

    On July 26, 2021, Respondents filed a motion for extension of time (ECF No. 256), requesting a 60-day extension of time, to September 24, 2021, to file their responding brief on remand. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and obligations with respect to administrative matters in the Office of the Attorney General. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 256) is **GRANTED**. Respondents will have until and including September 24, 2021, to file their responding brief on remand.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings on remand set forth in the order entered January 25, 2021 (ECF No. 252) will remain in effect.

DATED THIS 7th day of September, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE