UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM P. CASTILLO,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:04-cv-00868-RCJ-EJY<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 260)** |

In this capital habeas corpus action, on May 25, 2021, the petitioner, William P. Castillo, represented by appointed counsel, filed his opening brief on remand (ECF No. 255). Then, after a 60-day initial period, a 60-day extension, and another 60-day extension, Respondents were due on November 23, 2021, to file their responding brief. *See* Order entered January 25, 2021 (ECF No. 252) (60 days for responding brief); Order entered September 8, 2021 (60-day extension); Order entered October 21, 2021 (60-day extension).

On November 23, 2021, Respondents filed a motion for extension of time (ECF No. 260), requesting a further 62-day extension of time, to January 24, 2022, to file their responding brief on remand. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and time away from her office. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 260) is **GRANTED**. Respondents will have until and including January 24, 2022, to file their responding brief on remand.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings on remand set forth in the order entered January 25, 2021 (ECF No. 252) will remain in effect.

DATED THIS 28th day of December, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE